**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JASON OTIS and JANET OTIS, | |
| individually, and as Parent and Natural | CIVIL ACTION NO. 3:11-0115 |
| Guardian of DOMINICK OTIS, | |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| CHESAPEAKE APPALACHIA, LLC, | |
| CHESAPEAKE ENERGY | |
| CORPORATION, and NOMAC | |
| DRILLING, LLC, | |
| Defendants. | |

## **MEMORANDUM**

**NOW**, this 11th day of May, 2012, **IT IS HEREBY ORDERED** that:

(1) Plaintiffs' Motion for Relief from the Court's Order to Stay Pending Arbitration (Doc. 14) is **DENIED**.

(2) Defendants' Motion for an Evidentiary Hearing and for Leave to Conduct Limited Pre-Hearing Discovery (Doc. 17) is **DENIED as moot**.

(3) The action is **STAYED** until arbitration is completed.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge