# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON OTIS and JANET OTIS, individually, and as Parent and Natural Guardian of DOMINICK OTIS, <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE APPALACHIA, L.L.C., CHESAPEAKE ENERGY CORPORATION, and NOMAC DRILLING, L.L.C., <br><br> Defendants. | CIVIL ACTION NO.: 3:11-0115 <br><br> (Hon. A. Richard Caputo) |

**FILED SCRANTON**

**JUN 1 2 2017**

PER _____ DEPUTY CLERK

## MOTION TO WITHDRAW

AND NOW COME Defendants Chesapeake Appalachia, L.L.C., Chesapeake Energy Corporation, and Nomac Drilling, L.L.C., by and through their undersigned counsel, and withdraw their Renewed Motion to Dismiss.

Respectfully submitted,

/s/ Michael P. Leahey
Michael P. Leahey (PA Bar No. 92933)
JACKSON KELLY PLLC
Three Gateway Center
401 Liberty Ave., Ste. 1500
Pittsburgh, PA 15222
(412) 434-8816
mpleahey@jacksonkelly.com

*Attorney for Defendant Chesapeake Appalachia, L.L.C., Chesapeake Energy Corporation, and Nomac Drilling, L.L.C.*

**SO ORDERED:**

/s/ A. Richard Caputo  6/12/17
A. Richard Caputo
United States District Judge